IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KEVIN EUGENE WILLINGHAM** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) CIV. ACT. NO. 1:20-cv-56-TFM-N |
| | ) |
| **DIRECTOR OF ALABAMA STATE** | ) |
| **PERSONNEL DEPARTMENT,** *et al.,* | ) |
| | ) |
| **Defendants.** | ) |

## **JUDGMENT**

In accordance with the Memorandum Opinion and Order entered on this date adopting the Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED, and DECREED** that Plaintiff's claims are hereby **DISMISSED without prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 21st day of July, 2020.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE